# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0889
LT Case No. 2024-CA-000927

_____

LAURIE N. REYNOLDS,

    Appellant,

    v.

JUDGE JOHN M. ALEXANDER,
EMILY EARNEST, DEANA
DUNCAN, ESQUIRE, LARRY
CRANE, Guardian ad Litem,
RICHARD K. THIBAULT, KEVIN
ROSS PRESNELL, Guardian ad
Litem, AMANDA ABEL, MARK
ALAN REYNOLDS, LISA BURNETT,
FORMER ATTORNEY GENERAL
PAMELA JO BONDI, and
GOVERNOR RON DESANTIS,

    Appellees.

_____

On appeal from the Circuit Court for St. Johns County.
Kenneth J. Janesk, II, Judge.

Laurie Reynolds, Kingsland, GA., pro se.

David R. Jadon, of Roper, Townsend & Sutphen, P.A., Orlando,
for Appellees, Emily Earnest and Amanda Abel.

Mark D. Tinker and Brandon J. Tyler, of Cole, Scott & Kissane,
P.A., Tampa, for Appellee, Lisa Burnett.

No Appearance for Other Appellees.

December 4, 2025

PER CURIAM.

AFFIRMED.

LAMBERT, BOATWRIGHT, and KILBANE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____